# United States Bankruptcy Court
## Northern District of Florida

In re    Jeffrey W. Crooms M.D.                                          Case No.
                                            Debtor(s)                    Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................................................   $          5,000.00

     Prior to the filing of this statement I have received ......................................................   $          5,000.00

     Balance Due ....................................................................................................................   $             0.00

2.   $  299.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        □ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Does not include representation of the Debtor for objections to exemptions or discharge, which Debtor has agreed to pay on an hourly basis if appropriate.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **representation of the Debtor for objections to exemptions or discharge, which Debtor has agreed to pay on an hourly basis if appropriate.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    October 19, 2010

                                                        Brian G. Rich 038229
                                                        Berger Singerman, P.A.
                                                        125 South Gadsden Street
                                                        Suite 300
                                                        Tallahassee, FL 32301
                                                        (850) 561-3010   Fax: (850) 561-3013
                                                        brich@bergersingerman.com

---